**Albert Lorenz and Arthur Lorenz, copartners, trading as Lorenz Brothers, defendants in error, v. Esther Leibsohn, plaintiff in error. Gen. No. 24,379.**

Action on promissory note. Judgment for plaintiffs. Error to the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed May 21, 1919.

Maurice Alschuler, for plaintiff in error. Heffron & McCracken, for defendants in error.

Mr. Justice Thomson delivered the opinion of the court.

---

**The People of the State of Illinois, appellee, v. Edward W. Morrison, appellant. Gen. No. 24,777.**

Action to have defendant declared a spendthrift, and for appointment of conservator of his estate. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. George F. Barrett, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed May 21, 1919. *Certiorari* denied by Supreme Court (making opinion final).

John J. Coburn, Fred W. Bentley and James R. Ward, for appellant. Ryan, Condon & Livingston, for appellee; Thomas J. Condon, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

# THIRD DISTRICT.

---

**E. O. Mayer and J. F. Shoup, copartners, trading as Mayer & Shoup, defendants in error, v. Gennettie Manley and Granville L. Manley, plaintiffs in error.**

Suit to foreclose real estate mortgage. Decree for complainants. Error to the Circuit Court of Logan county; the Hon. Thomas M. Harris, Judge, presiding. Heard in this court at the October term, 1917. Reversed and remanded with directions. Opinion filed April 29, 1919. Rehearing denied July 9, 1919. *Certiorari* denied by Supreme Court (making opinion final).

Covey & Woods, for plaintiffs in error. Smith & Lincoln and Beach & Trapp, for defendants in error.

Mr. Presiding Justice Graves delivered the opinion of the court.